**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6676**

_____

CRAIG LATWAIN CHESTNUT,

              Plaintiff - Appellant,

        v.

ANGELINA L. BROWN, DHO; DONOVAN GREEN; JAMES TOLLISON,

              Defendants - Appellees,

        and

SOUTH CAROLINA DEPARTMENT OF CORRECTION INSTITUTION
TURBEVILLE CORRECTION INSTITUTION,

              Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Richard Mark Gergel, District
Judge.  (3:10-cv-01784-RMG)

_____

Submitted:  August 25, 2011          Decided:  August 30, 2011

_____

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Craig Latwain Chestnut, Appellant Pro Se.   Lisa Arlene Thomas,
THOMPSON & HENRY, PA, Conway, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Latwain Chestnut appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chestnut v. Brown, No. 3:10-cv-01784-RMG (D.S.C. Apr. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED